# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KRYSTAL HORTON, APPEARING
INDIVIDUALLY AND AS THE
NATURAL TUTRIX OF HER MINOR
CHILDREN, GENORI RENEE PERRY
AND UNBORN PERRY

VERSUS

WARDEN MAJOR BEN BALLARD, EX
OFFICIO WARDEN OF THE
LIVINGSTON PARISH DETENTION
CENTER; DEPUTIES JOHN DOE
AND SHERIFF JASON ARD EX
OFFICIO SHERIFF OF
LIVINGSTON PARISH

NO.  2022 CW 0551

AUGUST 29, 2022

---

In Re:    Krystal Horton, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          172,617.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant
to relator's motion requesting dismissal of the writ
application.

                            **JMM**
                            **PMc**
                            **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT